Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of JAMES R. CUNNINGHAM, Respondent, v. THOMAS F. McCOY, as State Administrator of the Administrative Board of the Judicial Conference of the State of New York, Appellant. (And Six Other Proceedings.) —

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of LOUIS GRILIHAS, Respondent, v. THOMAS F. McCOY, as State Administrator of the Administrative Board of the Judicial Conference of the State of New York, Appellant.—

Judgment affirmed, without costs. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of IRVING SHAPIRO, Respondent, v. THOMAS F. McCOY, as State Administrator of the Administrative Board of the Judicial Conference of the State of New York, Appellant.—